# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA

*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 400
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

December 14, 2019

Honorable Vincent L. Briccetti
United States District Court Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 12/16/19
White Plains, NY
Sentencing adjourned to 2/7/20 at 11:00 a.m.

Re: **United States v. Felix Velez**, 19 Cr. 244 (VB)

Dear Judge Briccetti:

I am appointed to represent Mr. Velez in the above matter. The defendant previously pleaded guilty and is currently scheduled for sentence on Monday, December 23, 2019. I write to the Court to request an adjournment of sentence as I am not yet in receipt of the Final Probation Office PSR. I am therefore unable to prepare the defendant's sentencing submission in a timely manner.

It is my understanding that Friday, February 7, 2020 at 11:00 am would be a convenient date and time for the Court and the parties.

The Government has no objection to this application. Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Courtney Heavey (By ECF)